# Exhibit D

ID #CIG00081



# INVESTIGATION REQUEST FORM

| Section 1 Customer Information ||
|---|---|
| Organization Name | CIGNA |
| Contact Name | Sean Ryan |
| Contact Phone Number | (860) 226-7107 |
| Contact Email Address | sean.ryan@cigna.com |

| Section 2 Incident Information ||
|---|---|
| Tiversa Incident Number | CIG00081 |
| Date of Incident | 4/18/2008 |

| Section 3 Requested Forensic Services ||
|---|---|
| **File Disclosure Investigation** | **Search Investigation** |
| ☐ 1. Disclosure Source Identification<br>☐ 2. Disclosure Source Geo-location<br>☐ 3. Identify Additional Disclosure Source Files<br>☐ 4. File Proliferation Assessment<br>☐ 5. Proliferation Point Identification<br>☐ 6. Proliferation Point Geo-location<br>☐ 7. Proliferation Point Associated Files | ☐ 12. Review Stored Searches For File Targeting<br>☐ 13. Track Searches for Specific File or Term |
| **Persons of Interest (PoI)** | **Miscellaneous** |
| ☐ 8. Identify Persons of Interest<br>☐ 9. Track Specific Behavior of Persons of Interest<br>☐ 10. Identify Files Associated with Persons of Interest<br>☐ 11. Track Persons of Interest Download Behavior | ☐ 14. Prosecution Support (Complete Section 4)<br>☐ 15. Other (Complete Section 4) |
| Section 4 Specific Information Related to Request ||
|  ||

TIVERSA – CUSTOMER RESTRICTED

Confidential - For Committee and Staff Use Only

TIVERSA_OGR_0017460

FTC-016628

ID #CIG00081



# INCIDENT RECORD FORM

| Section 1 Customer Information ||
|---|---|
| Organization Name | CIGNA |
| Contact Name | Sean Ryan |
| Contact Phone Number | (860) 226-7107 |
| Contact Email Address | sean.ryan@cigna.com |

| Section 2 Incident Information ||
|---|---|
| Tiversa Incident Number | CIG00081 |
| Related Tiversa Incident Numbers | None |
| Date of Incident | 4/18/2008 |
| Severity | Urgent |

| Section 3 Disclosure Information ||
|---|---|
| IP Address | 64.190.82.42 |
| Disclosure Type | Partner / Provider |
| Summary Disclosure Name/ID | LAB MD |
| Filenames | [64.190.82.42]insuranceaging_6.05.071.pdf |

**Section 4 Incident Summary**

On 4/18/2008, 1 file was detected being disclosed by what appears to be a potential provider of services for CIGNA.

The information appears to be a single Portable Document Format (PDF) file that contains sensitive data on over 8,300 patients. Some of the information includes: Patients Full Name, SSN, DOB, Insurance Policy Numbers, Patient Diagnostic Codes, and other information. Of the 8,342 patient records, at least 113 appear to be listed as insured by CIGNA.

After reviewing the IP address resolution results, meta-data and other files, Tiversa believes it is likely that Lab MD near Atlanta, Georgia is the disclosing source.

**TIVERSA – CUSTOMER RESTRICTED**

| Section 5 Additional Questions That Tiversa Can Address |
|---|
| More information can be gathered related to this disclosure by leveraging Tiversa's P2P File Sharing Forensic Investigation Services. If requested, please fill out the Investigation Request form located below and submit to your Account Manager.<br><br>**Who is the individual disclosing the information?**<br><br>    Select investigation services #1 and #3<br><br>**What else is this individual sharing or disclosing?**<br><br>    Select investigation service #3<br><br>**Where is this individual located in the world?**<br><br>    Select investigation service #2<br><br>**Did the files spread to other users of the network?**<br><br>    Select investigation services #4 |

TIVERSA – CUSTOMER RESTRICTED

Confidential – For Committee and Staff Use Only          TIVERSA_OGR_0017459